**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Philip A. Brimmer**

Civil Case No. 08-cv-01284-PAB-MJW

WILLIAM THOMAS POOLE and
DEBORAH POOLE,

    Plaintiffs,

v.

UNITED STATES OF AMERICA and
ELMIRA CLINIC,

    Defendants.

_____

**ORDER DISMISSING DEFENDANT ELMIRA CLINIC**
_____

THIS MATTER comes before the Court upon the plaintiffs' Unopposed Motion to Dismiss Defendant Elmira Clinic and to Amend Complaint (Docket No. 5). The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the plaintiffs' Unopposed Motion to Dismiss Defendant Elmira Clinic and to Amend Complaint is granted. It is further

**ORDERED** that defendant Elmira Clinic and all claims asserted in this matter against defendant Elmira Clinic are dismissed with prejudice, with plaintiffs and Elmira Clinic to bear their own attorneys' fees and costs. It is further

**ORDERED** that the Amended Complaint filed as an exhibit to plaintiffs' motion shall be filed as of this date.

DATED November 17, 2008.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge